**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROBERT R. BANKS,** ) | |
| ) | |
|     **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 08-cv-063-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 03-cr-40019** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
|     **Respondent/Plaintiff.** ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

    This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner pleaded guilty to several counts involving the distribution of marijuana, cocaine, and crack cocaine; he was sentenced to 360 months imprisonment, 10 years supervised release, a fine of $1000, and a special assessment of $400. On appeal, the Seventh Circuit remanded the action "for a more definite statement as to the conditions of [his] drug testing during supervised release." *United States v. Banks*, Appeal No. 05-3358 (7th Cir., filed July 29, 2005). An amended judgment was entered on May 17, 207, and on January 28, 2008, Petitioner filed the instant motion under § 2255.

    In his instant motion, he now claims that his guilty plea was unknowing and involuntary. As support for this claim, he asserts that at the time he entered his plea, he was under the influence of several pain medications that rendered him unable to ascertain the implications of his guilty plea. He also asserts that counsel was ineffective in failing to challenge certain factors considered in determining his sentence.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall address not only the voluntariness of the guilty plea, but also Petitioner's claims regarding ineffective assistance of counsel. Petitioner's motion to advance call (Doc. 6) is now **MOOT**.

The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: November 21, 2008.**

                                                **s/ J. Phil Gilbert**
                                                **U. S. District Judge**