UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT R. BANKS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 08-cv-0063-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Robert R. Banks's **petition for a writ of *habeas corpus*/ motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent **United States of America** and against petitioner Robert R. Banks, and that this case is dismissed with prejudice.

**DATED: January 23, 2009**          **Keenan G. Casady**

                                                    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**